JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA BARRERA, MIKO LEDESMA, LATASHA PRENTICE, MARY MCRAE, YASIR LALLA, TIFFANY WARREN, REGINALD BELL, and WENDY HAM on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA INC.; SAMSUNG ELECTRONICS CO., LTD and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 8:18-cv-00481-CJC (PJW)**<br><br>[Assigned to Hon. Cormac J. Carney, Dept. 9B]<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER OF DISMISSAL** |

Upon consideration of the Stipulated Dismissal, filed by Plaintiffs Irma Barrera, Miko Ledesma, Latasha Prentice, Mary McRae, Yasir Lalla, Tiffany Warren, Reginald Bell, and Wendy Ham and Defendant Samsung Electronics America, Inc. (collectively, the "Parties"), the Court ORDERS the dismissal of this action in its entirety, with prejudice as to Plaintiffs and without prejudice as to the claims of any putative class members. The Parties are to bear their own fees and costs.

IT IS SO ORDERED.

DATED: December 18, 2019

Honorable Cormac J. Carney
United States District Judge